

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00170-CV

_____

PLEASANT VALLEY ROAD, LLC, APPELLANT

V.

TRAVIS CENTRAL APPRAISAL DISTRICT, APPELLEE

On Appeal from the 345th District Court
Travis County, Texas
Trial Court No. D-1-GN-19-007254, Honorable Jan Soifer, Presiding

July 13, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Pleasant Valley Road, LLC, appeals from the trial court's *Final Judgment*.[1]  Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal.  The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will

_____

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we grant the motion.  The appeal is dismissed.  Pursuant to the motion, costs shall be taxed against the parties who incurred them.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam